# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00036-CR

**Dimitri Delion Dears, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 42541, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant=s motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).  The appeal is dismissed.

Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant=s Motion

Filed:   April 3, 2003

Do Not Publish